UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAWLS,<br><br>             Plaintiff,<br><br>    v.<br><br>FRESHWORKS, INC.,<br><br>             Defendant. | Case No.  24-cv-07301-RFL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 25 |

Having considered the relevant factors, and good cause being shown, the Court **GRANTS** the unopposed motion to withdraw as counsel by Gary Brotman, Poya Ghasri, and Farshid Azizollahi, (Dkt. No. 25), subject to the conditions set forth below.  *See Sinclair v. Agile Web Studios*, No. 23-CV-02690-HSG, 2024 WL 3279522, at *1 (N.D. Cal. June 17, 2024).  Gary Brotman, Poya Ghasri, and Farshid Azizollahi are therefore relieved as counsel of record for Plaintiff Travis Rawls.

Plaintiff is an individual and may proceed *pro se*, meaning that he may represent himself without an attorney.  By **November 7, 2025**, Plaintiff is **ORDERED** to have new counsel file a notice of appearance, to provide a statement that he intends to proceed without an attorney, or to file a notice of voluntary dismissal.  If Plaintiff intends to retain counsel, but counsel cannot be retained by this deadline, a request for an extension of time may be filed.  Any such request will not be granted absent a showing of good cause and diligence in attempting to obtain counsel.

The withdrawal is subject to the conditions imposed by Civil Local Rule 11-5(b).  Papers

1

2

shall continue to be served on withdrawing counsel for forwarding purposes unless and until Plaintiff appears by other counsel or *pro se*. Withdrawing counsel must additionally notify Plaintiff of this condition, as well as provide a copy of this Order.

**IT IS SO ORDERED.**

Dated: October 8, 2025

											_____
											RITA F. LIN
											United States District Judge