UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAWLS,<br><br>          Plaintiff,<br><br>   v.<br><br>FRESHWORKS, INC.,<br><br>          Defendant. | Case No. 24-cv-07301-RFL<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 30 |

      On October 8, 2025, the Court granted the unopposed motion by Gary Brotman, Poya Ghasri, and Farshid Azizollahi to withdraw as counsel of record for Plaintiff Travis Rawls. (Dkt. No. 30.) Rawls was ordered to have new counsel file a notice of appearance, to provide a statement that he intends to proceed without an attorney, or to file a notice of voluntary dismissal by November 7, 2025. Rawls took none of these actions by November 7, nor did he file a request for an extension of time. Accordingly, Rawls is **ORDERED TO SHOW CAUSE** why his case should not be dismissed for failure to prosecute. If Rawls does not respond to this order by **December 3, 2025**, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

      **IT IS SO ORDERED.**

Dated: November 13, 2025

                                                RITA F. LIN<br>
                                                United States District Judge