UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAWLS,<br><br>        Plaintiff,<br><br>    v.<br><br>FRESHWORKS, INC.,<br><br>        Defendant. | Case No. 24-cv-07301-RFL<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 30, 31 |

Following his counsel's withdrawal on October 8, 2025 (Dkt. No. 30), Plaintiff Travis Rawls was ordered to have new counsel file a notice of appearance, to provide a statement that he intends to proceed without an attorney, or to file a notice of voluntary dismissal by November 7, 2025. Rawls took none of these actions by November 7, nor did he file a request for an extension of time. On November 13, 2025, the Court ordered Rawls to show cause why his case should not be dismissed for failure to prosecute and warned Rawls that if he failed to respond to the order by December 3, 2025, his case would be dismissed under Federal Rule of Civil Procedure 41(b). (Dkt. No. 31.) That date has now passed, and Rawls has not responded to the Order to Show Cause. Accordingly, this matter is **DISMISSED** for failure to prosecute under Rule 41(b). Judgment shall be entered in Defendant's favor, and the case shall be closed.

    **IT IS SO ORDERED.**

Dated: December 10, 2025

                                                RITA F. LIN<br>
                                                United States District Judge